DWIGHT M. SAMUEL (CA BAR# 054486)
A PROFESSIONAL CORPORATION
117 J Street, Suite 202
Sacramento, California 95814
916-447-1193

Attorney for Defendant
DOUGLAS FROST

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS FROST, ) <br> ) <br> Defendant. ) <br> _____) | NO. 2:06-cr-0222 MCE <br><br> STIPULATION AND <br> ~~PROPOSED~~ ORDER |

    Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Phil Ferrari, agree that the Status Conference set for October 3, 2006 at 8:30 am be continued to October 10, 2006 at 8:30 am.

    In addition, it is agreed that the court should find excludable time from the date of the last proceeding, pursuant to local rule T-2.

///
///
///
///
///
///

Respectfully submitted,

DATED: October 2, 2006                  /S/_____
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant
                                        Douglas Frost


DATED: October 2, 2006
                                        _____/S/_____
                                        Phil Ferrari
                                        Assistant United States Attorney
                                        (Signed per Telephonic authorization)



    IT IS SO ORDERED.

DATED: October 12, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE