```
1  DWIGHT M. SAMUEL (CA BAR# 054486)
   A PROFESSIONAL CORPORATION
2  117 J Street, Suite 202
   Sacramento, California 95814
3  916-447-1193

4  Attorney for Defendant
   DOUGLAS FROST
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>   v. ) <br> DOUGLAS FROST, ) <br>       Defendant. ) <br> _____) | NO. 2:06-cr-00222-MCE <br><br> AMENDED STIPULATION AND ORDER |

      Defendant, through counsel, and the United States of America, through Assistant U.S. Attorney Phil Ferrari, agree that the Sentencing and Judgement set for August 2, 2007 at 9:00 am be continued to **Thursday, November 8, 2007 at 9:00 am.**

      Co-Defendant Anthony Washington's trial has been set for September 24, 2007.

Respectfully submitted,

DATED: July 30, 2007                      /S/Dwight M. Samuel
                                                   DWIGHT M. SAMUEL
                                                   Attorney for Defendant
                                                   Douglas Frost

DATED: July 30, 2007

/S/Phil Ferrari
PHIL FERRARI
Assistant United States Attorney
(Signed per Telephonic authorization)

IT IS SO ORDERED.

Dated: August 1, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1